# IN THE SUPREME COURT OF THE STATE OF NEVADA

TOMMIE DEPEDRO WILSON,
Petitioner,
vs.
LAS VEGAS JUSTICE COURT; ERIC A. GOODMAN, JUSTICE OF THE PEACE; THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70711

FILED

SEP 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus seeking an order directing the justice court or district court to reinstate bail or an order from this court reinstating petitioner Tommie Wilson to bail. Wilson argues that the justice court improperly increased the bail set at the jail without good cause or notice as required by NRS 178.499(1). Wilson further argues that his bond should not have been exonerated immediately after bail was increased. Wilson acknowledges that he unsuccessfully challenged the increase in bail in a petition for a writ of mandamus filed in the district court, and the documents submitted to this court indicate that he did not appeal from any adverse decision.

A writ of mandamus will issue only "where there is not a plain, speedy and adequate remedy in the ordinary course of law." NRS 34.170. An appeal is generally an adequate legal remedy that precludes writ relief. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 223, 88 P.3d 840, 841 (2004). An order denying a petition for a writ of mandamus is appealable. NRS 2.090(2); NRAP 3A(b)(1); *Ashokan v. State, Dep't of Ins.*,

16-29341

109 Nev. 662, 665, 856 P.2d 244, 246 (1993). Because Wilson has failed to indicate why he did not pursue an appeal, we deny the petition. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Eric A. Goodman, Justice of the Peace
       Hon. Douglas Smith, District Judge
       Legal Resource Group
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk